UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABAN EL CURRAGH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>　　　　Defendants. | Civil Action No. 21-11668-DLC<br><br><br>ORDER ON JAMIL RASUL BEY'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS |

**CABELL, Magistrate Judge**

On September 21, 2021, Aban El Curragh ("El Curragh"), a pre-trial detainee in custody at the Middlesex Jail and House of Correction, initiated this action in the United States District Court for the Southern District of New York. By Order dated October 1, 2021, the Chief Judge transferred the case to this district. Dkt. No. 3, Transfer Order, No 1:21-cv-07910 (S.D.N.Y Oct. 1, 2021). The complaint identifies six defendants, but only El Curragh signed the complaint.[1] Dkt. No. 2. On October 26, 2021, Conald Soliman Quiesqueyano Bey filed an application to proceed without prepaying fees or costs. Dkt. No. 7.

On November 4, 2021, the motions for leave to proceed *in forma pauperis* were denied without prejudice. Dkt. No. 8. The Court's Order stated that if El Curragh, or any other plaintiff, wishes to proceed with this action, the court grants them time to file (1) an *in forma pauperis* motion with his prison account statement, and (2) an amended complaint containing the signatures of each plaintiff and setting forth a plausible claim upon which relief may be granted. *Id.*

---

[1] The 5 additional plaintiffs are Jamhal Talib Abdullah Bey, Tariff Sharif Bey, Lucha El Por Libertad, Jamil Rasul Bey and Conald Soliman Quiesqueyano Bey.

The Court's Order explained that if one or more of the 6 plaintiffs elects to re-file claims on a self-represented basis, they may do so by (1) filing one amended complaint signed by each plaintiff; and (2) each plaintiff filing an Application to Proceed in District Court Without Prepaying Costs or Fees accompanied by a certified copy of their prison account statement. The filing fee would be apportioned among the number of plaintiffs actually proceeding in the action.[2]

The following day, on November 5, 2021, the clerk entered on the docket Jamil Rasul Bey's application to proceed without prepaying fees or costs. Dkt. No. 9. Although Bey filed a motion for leave to proceed *in forma pauperis*, he did not submit a copy of his prison account statement nor an amended complaint signed by each plaintiff that elects to proceed in this action.

Accordingly, it is hereby Ordered that:

1. Jamil Rasul Bey's motion [Dkt. No. 9] for leave to proceed *in forma pauperis* is DENIED WITHOUT PREJUDICE to refiling with (1) an *in forma pauperis* motion with his prison account statement, and (2) an amended complaint containing the signatures of each plaintiff and setting forth a plausible claim upon which relief may be granted.

2. The Clerk shall mail a copy of this Order to Bey with a copy of the Court's November 4, 2021 Memorandum and Order.

3. Failure to comply with these directives by December 9, 2021, may result in the

---

[2] If 6 plaintiffs were permitted to file an amended complaint, each plaintiff would be responsible for a payment of $58.33. If there are less plaintiffs, then the filing fee would be apportioned among the number of plaintiffs actually proceeding in the action.

reassignment to a district judge for dismissal of this action.

So ordered.

   /s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED:  November 8, 2021