①   11/2/21

FILED
IN CLERKS OFFICE

2021 NOV 12 AM 12: 58

DISTRICT OF MASS

21CR366

Writ of ~~Dismissal for~~ violation of my right to face
the alleged injured party and violation of the sixth (6) Amendment

In order for a crime to exist, there must be an injured
party. This is also known, in the latin phrase "Corpus Delecti."
Corpus Delecti, literally means the body of a Crime. Which would be the
accusor, as in the right to face my accusor. The commonwealth must
produce a Corpus Delecti viz evidence that a loss that has occured and evidence
that the loss has occured due to or as a result of a criminal agency.
Failure to establish or properly show or the proper showing of a corpus delecti,
i.e. the corps of a murder, the burned remains of arson, the stolen good of
a burglery or theft, or the person so injured in a crime, is a violation of
my pre-existing and constitutionally secured sixth amendment right.
    According to United States V. Calhoun 999 F.2d 540 [Published in full-
text formal at 1993 U.S. App Lexis 20032] "Proof that the criminal act
took place is sometimes referred to as the corpus delecti.
    Yet standing armed or bearing arms or carrying or brandishing weapons
has already been declared to not be a crime. See North Carolina Supreme Court
Case State V. Huntly.

    The act of murder is a criminal act and would be sufficient "Corpus
Delecti" in conjuction with the body of the victim. That is both the loss
being identified, the loss of life, and the criminal act of murder, which
would meet the necessary requirements for a crime to exist. See United States V.
Guiteau, 1 Mackey 498 "... the production of the dead body gave ocular —

②

demonstration of the corpus delecti."

The government cannot use the constitutionally protected pre-existing right to keep (have) and bear (hold) arms as proof or evidence of a crime. Meaning there is no crime, injured party or corpus delecti nor is there an actual accusor as required by the sixth amendment.

Therefore, this matter must be dismissed, with prejudice prejudice. As the prosecution has failed to make a claim upon which relief may be granted.

In order to convict someone of a crime it is essential to prove the charge to the whole extent as laid in the claims made against me. Therefore, this case must be dismissed as a crime by definition, according to the Samsung tablet provided to me in jail, is "an evil act." Evil is defined as "Morally objectionable behavior." Nothing I have done was a criminal act, an evil act or morally objectionable behavior.

Patterson V. New York, 432 U.S. 197 The Due process clause protects the accused against conviction except upon proof beyond a reasonable doubt of every fact necessary to constitute the crime with which he is charged 397 U.S. at 364.

Masters V. United States 42 App. D.C. 350. We agree that the evil intent is an element of every crime, which must be in some way alleged and proved.

The prosecution alleges no evil intent; because there is and was none.

③

United States V. Angel 355 F.3d 462 'the mere harboring of an evil thought, such as the intent to engage in criminal conduct, does not constitute a crime; a crime is committed only if the evil thinker becomes an evil doer.

Plasencia-Ayala V. Mukasey 516 F.3d 738 Crime must involve some level of depravity or baseness so far contrary to the moral law that it gives rise to moral outrage... the requirement of evil state of mind has long been recognized by the United States Court of Appeals for the ninth Circuit.

Apprendi V. NewJersey 530 US 466. Crimes consist of acts that are wrong. The elements of a crime is Wrongful aggregation out of which the punishment proceeds; Rodriguez-Herrera V. INS 52 F.3d 238 The court found that an evil intent was necessary for a crime Franklin V. INS 72 F.3d 571. As the states and federal courts decision cited in this section indicate, most courts require an evil intent element for a Crime.

United States V. Amedy    In ordinary cases of crime, the act charged is, in itself, criminal; the intent to commit the offence is legally inferred from the act itself. In murder, the act of killing draws after it the legal inference of the malice prepense; in larceny, the act of taking property of another proves the animus furandi, and so in other instances. The intent, or mental design, is, in all these instances proved by the act, and this intent is co-extensive with the act done. In the present case, however the act done by the accused is innocent and legal in itself.

My actions are innocent and legal in itself. State V. Huntly. "The carrying of a gun per-se constitutes no offence."

The etomological defintion of crime, according to etymononline.com is from the mid 13th century and means "sinful" or "wicked," or "sinfulness," or "infraction of the laws of God."

According to the prophet and messanger of Allah, Jesus the christ, formerly known as Yeshua ben Yosuf or Joshua the son of Joseph, he teaches that "the sin lies in the wish, the desire, not the act."

This teaching alligns perfectly with the law, a crime must have evil intent. Since there is no criminal intent nor evil intent, my actions are not criminal and this case must be dismissed.

I am Lucha El Por Libertad

X Lucha El Por Libertad

A Free Moor, Political prisoner of the inquisrtion doing business as "The Democracy."