11/15/21

CR001096

FILED
IN CLERKS OFFICE

2021 NOV 18 PM 11: 46

Affidavit in support of Military exemption of prosecution from state statute(s) 269 § 10(A) 269 § 10(m), 274 § 7, 269 § 10(c) et seq, Et alia, and lack of probable cause

As stated previously and continuously, we cannot be charged with any of these alleged crimes as we are protected via the 2nd Amendment and must be treated as a military and therefore exempt pursuant to ALM G.L. Ch 140 § 129 C (H) and (O) - as we are and were a military non residents traveling through to conduct a training exercise and operation in accordance with the laws and customs of war, we were uniformed, had/have a chain of command, openly armed and remained peaceful with state police.

ALM G.L. Ch. ②
140 § 129. Firearms - possession

The provisions of this section shall not apply to the following exempted persons and uses:
(H) possession of rifles and shot-guns and ammunition therefore by non residents traveling in or through the commonwealth.
(O) persons in the military or other service of any state

United States V. Yunis 924 F.2d 1086 "The court further instructed the jury that it could find that the ... militia is a military organization only if the group has a hierachial command structure and conducts its operations in accordance with the laws and customs of war and if its members have a uniform and carry arms openly."

The court held that a fixed emblem recognizable at a distance was the test for whether militia men and members of volunteer had the right and responsibilities of national armies.

Specifically, the district courts uniform instructions find sufficient support in international agreements that bear on the question. See Geneva Convention relative to the treatment of prisoners of war. Opened for signature Aug. 12, 1949, art. 4(A)(2), 6 U.S.T 3317 3320 T.I.A.S No 3364 [Hereinafter Geneva Convention] Hague Convention No N respecting the law and customs of war on land, Oct. 18, 1907 annet § 1, Ch.1, art. 1, 36 stat 2077, 2295-96 T.S. No 539 [Hereinafter Hague Convention No. IV] The Geneva Convention signed by 167 nations... establishes "having a fixed and distinctive signal recognizable at a distance" as one of the four necessary conditions that qualify the members of a militia for treatment as prisoners of war." "Uniform, signal or "emblem" are interchangable.

① Command, ② uniform, ③ Open carry of arms ④ Conduct operations in accordance with the laws and customs of war.

X Lucha El for Libertad   X Lucha El for Libertad   X Lucha El for Libertad

11/15/21

CR 001096

### Emergency Petition For Relief Pursuant To G.L. c. 211 §3

I Lucha El Por Libertad ask that the Supreme Judicial Court vacate Judge Pierces allowance of the Commonwealths motion for 58A detention

I Lucha El a man in full life as well as propia persona, have been held unlawfully under the name STEVEN PEREZ which is an instrumentality of the United States, a fiction under U.S.C 28 § 3002 15C property of the Federal corporation 15 A. I am I, me, myself, I am who I say I am. I am Lucha El Por Libertad a Moroccan American National a Moor. I like every other man have the right to self-determination, a right that is given by the Great Creator Allah, no man can give another man this right. If a man through self determination can call himself a woman or, a woman can call herself a man, and others call themselves It etc., then again I am who I say I am.

I Lucha El misidentified by the Commonwealth as STEVEN PEREZ, am charged with possession of a large-capacity weapon, possession of a large capacity feeding device, possession of a firearm, possession of a rifle or shotgun - in other words the prosecution was allowed to guess what I was carrying, not being sure

pg 2

Commonwealth may seek pre-trial detention. That resolves the <u>statutory</u> problem the Commonwealth faced in Young, but not the Constitutional problem. Taken together, Mendonza and Young establish that due process does not permit pre-trial detention on dangerousness grounds on the basis of a charged offense that is not itself inherently dangerous. If the rule were otherwise, pre-trial detention could become the norm rather than the exception, contrary to what Article 12 requires. See Aime, 414 Massachusetts at 677

Unlicensed possession of a firearm "is a regulatory offense." Young, 453 Massachusetts at 714. "It is passive and victimless," does not "even require proof that a defendant knowingly failed to acquire or maintain a license," and thus may occur whether or not an individual acquired the firearm for an illicit purpose. The motive of a person who possesses a firearm without a license is "totally irrelevant" to establishing criminal liability. there is "no principled legal distinction between the risk of physical force posed by licensed and unlicensed possessors of firearms," and thus being held under this statute violates the 5th Amendment due process clause.

According to Texteria V. City of Alemeda - A right which is free and open to all cannot be licensed or taxed. Which therefore makes alleged claims →

Pg 5

State courts, like federal courts, have a "constitutional obligation" to safeguard personal liberties and to uphold federal law. Stone V. Powell 408 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067

The obligation of state courts to give full effect to federal law is the same as that of federal courts. New York V. Eno, 155 US 89, 15 S. Ct. 30, 39 L. Ed. 80

Owen V. Independence, 100 S. Ct. 1398, 445 US 622 "Officers of the court have no immunity, when violating a constitutional right, from liability." For they are deemed to know law - Yet Judge Lawrence Pierce along with Graham Van Epps freely violated my constitutional right.

Delaware V. Prouse, 440 U.S. 648, was a United States Supreme Court case in which the court held that police may not stop motorist without any reasonable suspicion to suspect crime or illegal activity to check there drivers license and auto registration - the conveyances we were traveling in were never stopped nor were any of the militia members out the conveyances before the trooper arrived, the video played in court proved the trooper lied on the police report.

"Treaty is law of the land as act of congress is whenever its provision prescribe rule by which rights of

997

On March 27, 2019 Cameron Lougee was arraigned in District court, on charges of forcible rape of a child, in violation of G.L. C. 265, § 22A; rape of a child aggravated by a ten-year difference, in violation of G.L. C. 265 § 23A; and indecent assault and battery on a child under the age of fourteen, in violation of G.L. C. 265, § 13B. There was an injured party in this matter, a child and twice Cameron Lougee was given bail. There is no injured party in my case yet I am deemed a threat to the community. Though he couldn't make bail, District and Superior court found justification to grant him bail on charges of rape, where is the justice in this state?

<u>Primal</u> - Serving as an essential component
<u>Issue</u> - an important question that is in dispute and must be settled.
<u>Law</u> - Jurisprudence - the branch of philosphy concerned with principles that lead courts and legislators and executives to make decisions
<u>Juris</u> = "right" or "positive", prudence = science or philosphy <u>Jurisprudence</u> is the study of nature viz, Natures law and natures God
<u>Status</u> Your mental competence, your mental state, condition or standing
<u>Jurisdiction & Venue</u> The power or authority to hear and decide on an issue or classification of law; personum, subject matter i.e. civil or criminal, territorial, air, and sea

<u>Adjudication</u> - The act of pronouncing judgement
legal proceeding

According to Judge Laurence D. Pierces
discussion and order, I Lucha El do not recognize
the authority of the court, that is false. I
simply stated that there was diversity in my
case and that it wasn't the proper venue. I
never stated I wouldn't show up. I actually
stated that I would come to court with no issue.
I did challenge the courts jurisdiction it is my
right, even then I never stated I wouldn't
specially appear to what ever court date decided or
agreed upon. I would gladly come to the court to
defend my Honor. In the same order it says that
from my own statements it would appear that I
was in possession of one or more firearms. This
is also false, I simply said that even if I were
or weren't armed, no laws were broken or violated
being that the second Amendment to the Constit-
tution for the United States of America states that
a well regulated Militia, being necessary to the
security of a free state, the right of the people
to keep and bear Arms, shall not be <u>infringed</u>.
<u>Infringed</u> meaning not to be violated, which this
state seems to infringe upon one's rights freely.
This is where status comes to play and having the
mental competence to comprehend the Commonwealth
is totally in the wrong and in 100% violation of
the Great Constitution for the United States of America.

Pg 4

Judge Laurence D. Pierce knows this, I am sure since he is deemed to know law.

Also in the discussion and order the Judge Laurence D. Pierce states that, I am an immediate threat to the community and brings up an alleged charge that I have not been convicted of, and that is irrelevant to this matter at hand. A charge that in the Commonwealth would be a regulatory offense.

I do not see how I can be a danger to the community, since I along with my brethren were pulled over on the side of the highway to refuel our conveyances with not a soul around. The only living things, species, life forms around us were trees.

The Commonwealth is the threat to the community, the Commonwealth and its prosecutors freely and openly violate the Constitution for the United States of America, which is the Supreme law of the land and its own state laws.

If the Commonwealth respected the Constitution, a Constitution that under Article VII the Commonwealth is second, in the recognition and ratification of this Great document I would be home with my family because there is no Corpus delecti and no laws have been broken.

If the commonwealth along with its prosecutor respected its own General Laws I would be home because, simply carrying an arm, which the prosecutor suggests I was lacks the menace of dangerousness. If I was carrying it would still be a regulatory offense and according to Massachusetts G.L. I am not to be held pre-trial.

All the video evidence shows and proves that we were peaceful and cordial just as trooper Casey stated in his police report.

Pre-trial detention is not necessary being that I would come to court as I stated on the record at my last court appearance. My Honor and word is what I stand on and I will come to court to defend both.

Under T.D.C unable to properly prepare a defense for myself, unlawfully detained in a TREASONOUS State, Long Live The Republic, Respect To The Minute Men Militia who I'm sure are turning in their Graves, may Allah Bless their Souls

Rohim ~ Lucha El Por Libertad   A Free Moor
Lucha El Por Libertad