United States District Court
For the Dist. of Massachusetts
Boston
1 Courthouse Way
Boston, Massachusetts
02210

FILED
IN CLERKS OFFICE

2021 NOV 19 AM 3: 38

Nov 16, 2021

## Affidavit of Fact

Re: Commissary Statement Request for Case No 21CV7912

To Whom the Matter May Concern,

Due to circumstances of negligence at the facility of which I am being held, it is difficult to meet deadlines for things regarding incoming or outgoing mail.

While I have been verbally notified of a request for commissary statements by the courts for case number 21CV7912, any written correspondence has either been severely delayed or yet to arrive, and all commissary statement requirements would need to be direct request from your courts to the Middlesex Correctional Facility.

For further reference to obtain such records are the following case details:

Middlesex Correctional Facility
269 Treble Cove Road
North Billerica, Ma 01862

Attn: Tom McAfree (Canteen)
Case No. 2181CR00365
Inmate I.D. No. 087336

Regards.

Jamil Rasul Bey
All Rights Reserved/ Retained without Prejudice.