AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**FILED IN CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
for the

2021 DEC 13 PM 1:36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jamil Rasul Bey
_Petitioner_

v.                             Case No. 21-11668-DLC
                               _(Supplied by Clerk of Court)_

Middlesex House of Correction
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Jamil Rasul Bey
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Middlesex House of Correction
   (b) Address: 269 Treble Cove Road, Billerica, MA 01862
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you:
         (b) Docket number of criminal case:
         (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __Middlesex Superior Court 200 Tradecenter Drive Woburn MA 01801__
   (b) Docket number, case number, or opinion number: __2181CR365__
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: __Superior Courts pretrial detention of 180 days.__

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: __Pending Trial__

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☑ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: **Pending Trial**

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: **Pending Trial**

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes     ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes     ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes   ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Notice of Removal
(b) Name of the authority, agency, or court: Middlesex Superior Court
(c) Date of filing: 10/6/21
(d) Docket number, case number, or opinion number: 2181CR365
(e) Result: NO response
(f) Date of result:
(g) Issues raised: Pursuant Federal Rules of Civil Procedure 28 USC, § 1331 and 28 U.S.C. § 1332 the above referenced State case must be litigated in Federal court.

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Federal Question

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Any litigation in state courts without status and prescribed Jurisdiction is a violation of said Moors treaty rights and improper venue.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND TWO:** Deprivation of Rights, Under Color of Law and Conspiracy Against Rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Commonwealth and other documents has labeled me "black" and the courts have unlawfully adjudicated.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND THREE:** Bribery

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Commonwealth has offered to release us and return of property in exchange to drop the federal lawsuit. The message was relayed by Sean Cannon District Court stand-by Attorney for Tavit Sharif Bey on August 17th 2021

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Action for Neglect to Prevent and Genocide

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Superior Court has found no abuse alleged in the charged offense but has allowed the Commonwealth's pretrial detention and refuses to stop this unlawful detention subjecting me to ruinous life conditions.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Since I'm being restrained of my liberty by due process I am seeking immediate release from this unlawful detention.

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**MEMORANDUM OF LAW SUPPORTING FACTS**

**PRESENTMENT OF FACTS**

1. States cannot make treaties and therefore, have no jurisdiction; being of Treaty nature the jurisdiction is Federal. Any jurisdiction claimed without mutual agreement within the prescribed proper forum, is void of law. Federal and state officials must set up Consular Courts to have lawful jurisdiction in Moorish affairs. If provisions are not made to address foreign relations and Intercourse in a consular court, as prescribed by law, then no jurisdiction exists. A court of general sessions, crongressionally sanctioned, in accord with National Constitutions and Treaties, with consuls and officials representing both nations/nationals, present and In Propia Persona, is the proper jurisdiction. The act of state doctrine states that every sovereign state is bond to respect the independence of every other sovereign state, and the courts of one state will not sit in judgment of another Governments acts done within its own territory.

2. **The Treaty of Peace and Frienship of 1787 between Morocco and the United States of America** Article 21 reads If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the country shall take place and equal justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever. I have not killed or wounded anyone therefore I have been abducted and detained for the exercise of a right without my consent for violating a statue the prosecutor confirming

the charges and the judge setting a bail is ransom becoming part of the conspiracy. The court has not allowed me the opportunity to be heard before a judicial decision has been rendered I have already raised the issue of jurisdiction but the court has ignored me and my applications. "A judgment of a court without hearing the party or giving him an opportunity to be heard is not a judicial determination of his rights and is not entitled to respect in any other tribunal." Sabariego v. Maverick, **124 US 261, 31 L Ed 430, 8 S. Ct. 461**

3. During my abduction on July 3rd my clothes were cut off of me on the highway while it was raining and cold. I was transfered from the hospital to Danvers State Police department and Middlesex House of Corrections bare foot in the rain in a hospital gown. While unlawfully detained at Essex County Corrections I was placed in a cell with mold, blood, lice, and told to clean it my self. With the high rate of Covid 19 in the state of Massachusetts and Middlesex House of Corrections having a outbreak of Covid 19, subjecting me to this unlawful detention, treatment, and conditions is putting my life at risk of Infection.

4. G.L.c. 276, § 58A infringes on my treaty rights because there is no injured party and violates the United States Constitution 2nd, 5th, 6th, and 8th Amendment you cannot be innocent and dangerous at the same time. "The state may not punish an individual prior to determining his or her guilt in a proceeding that fully comports with the requirements of due process. The state, however, may impose a regulatory restraint on the individual in narrowly-circumscribed situations." Aime v. Commonwealth, **414 Mass. 667, 611 N.E. 2d 204**.

Date 12/8/21

In Propia Persona

Jamil Rasul Bey UCC 1-202/308

All Rights Reserved Without Prejudice

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 12/8/21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/8/21

*Signature of Petitioner*: UCC 1-207/308 A.R.R. Without Prejudice

*Signature of Attorney or other authorized person, if any*