

Treaty of Peace and friendship 1787 between the Empire of Morocco & the United States

## To: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC I -202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.*, 785 S.W. 2d 143, 144 (tex. 1990).

Case number: 21-CV-11668

Aban El Curragh et alia.

V.

THE COMMONWEALTH OF MASSACHUSETTS et alia.

**ATTENTION**
**To: The Honorable Justice Cabell**

Greetings of Peace,

I am respectfully requesting on behalf of my co-plaintiff's and myself, that the court ordered date of January, 2022 be extended to mid February or March 2022. My co-plaintiff's are having an immense amount of trouble receiving and sending mail in the facilities they are currently held in. I am requesting more adequate time to gather what is being requested by the court.

Going forward, any documentation in reference to this case can be <u>forwarded to this address</u>:
**3318 Perry Ave, Apt 4A**
**Bronx, NY 10467**

The address above is the most reliable source of communication at this time. Please <u>discontinue</u> forwarding any mail to:
**4287 Katonah Ave. #168**
**Bronx, NY 10470**

Thank you.
Blissings of Peace,

*Aban El Curragh*
January 16, 2022

1