

Treaty of Peace and friendship 1787 between the Empire of Morocco & the United States

FILED IN CLERKS OFFICE
2022 JAN 28 AM 11: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

**U.S. District Court for the District of Massachusetts**
**Clerk's Office**
**Attn: Magistrate Donald L. Cabell**
**John Joseph Moakley United States Courthouse**
**1 Courthouse Way, Boston, MA 02210**

**Aban El Curragh**
i / c /o 3318 PERRY AVENUE
Unit 4A
Bronx, New York State Republic 10467

<u>Re: Case No. 1:21-cv-11668</u>
Mail Rejection & Tampering at Essex Correctional Facility

To Whom the Matter May Concern,

    This correspondence regards the undeliverable and rejected mail pertaining this suit at the Essex Correctional Facility, where they have been proven as tampering with mail, rejecting important legal mail, and preventing the defendants from sending mail.

  Recently mailed to Tariff Sherif Bey & Lucha El Por Libertad was the paperwork provided at the link on docket no. 5 that your courts are asking to be returned by the defendants. Since they are being restricted from library access as well, there is no viable way for them to print the paperwork at the link, nor are they allowed incoming or outgoing mail.

  As further proof that matters cannot be relied upon to be resolved at the state level due to the fraudulent behavior of the Massachusetts Commonwealth is attached exhibit A for reference.

  It is not realistic to assume that Essex Correctional Facility will suddenly change their tune to be sure that defendants get their mail, seeing as they are already cited for mail fraud as it stands today (hence the reason habeas corpus' were submitted).

Case 1:21-cv-11668-IT   Document 22   Filed 01/28/22   Page 2 of 3

Please see attached in exhibit A the following proof of aforementioned details to be placed on the record for the record: Certified Mail Receipts No. 70210350000173760132; 70210350000173760095 containing docket no. 5 request with proof of rejection.

Regards,

Aban El Curragh

## Exhibit A



Proof of Mailing.

2

