UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UTF ↑

Conald Soliman Quiesqueyano Bay
Middlesex County House of correction
269 Treble Cove Road
P.O. Box ~~~~~
Billerica ~~~~~

NEOPOST  FIRST-CLASS MAIL
BOSTON MA 020
02/04/2022
4 FEB 2022 PM 10 L  US POSTAGE  $000.53⁰

ZIP 02210
041M11276665

USMS SCANNED

FILED IN CLERKS OFFICE
2022 FEB 22 PM 2: 22
U.S. DISTRICT COURT

NIXIE    146    DC 1         0002/16/22
       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

UTF   BC: 02210302599    *2621-01362-04-44

nited States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 2/4/2022 at 1:09 PM EST and filed on 2/4/2022
**Case Name:**      El Curragh et al v. The Commonwealth of Massachusetts et al
**Case Number:**    1:21-cv-11668-IT
**Filer:**
**Document Number:** 24(No document attached)

**Docket Text:**
**ELECTRONIC NOTICE of Reassignment. Judge Indira Talwani added. Magistrate Judge Donald L. Cabell no longer assigned to case. (Finn, Mary)**


**1:21-cv-11668-IT Notice has been electronically mailed to:**

**1:21-cv-11668-IT Notice will not be electronically mailed to:**

Aban El Curragh
Apartment 4A
3318 Perry Ave
Bronx, NY 10467

Conald Soliman Quiesqueyano Bey
Middlesex County House of Correction
269 Treble Cove Road
P.O. Box 565
Billerica, MA 01821

Jamhal Talib Abdullah Bey


Lucha El Por Libertad


Tariff Sharif Bey

**Other Orders/Judgments**

1:21-cv-11668-DLC El Curragh et al v. The Commonwealth of Massachusetts et al

CONSENTPENDING,ProSe

## United States District Court

## District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 2/4/2022 at 12:37 PM EST and filed on 2/4/2022
**Case Name:** El Curragh et al v. The Commonwealth of Massachusetts et al
**Case Number:** 1:21-cv-11668-DLC
**Filer:**
**Document Number:** 23(No document attached)

**Docket Text:**
**Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered. ORDER TO REASSIGN CASE ENTERED. Pursuant to Local Rule 40.1(g)(i), the Court orders that this action be reassigned to Judge Indira Talwani as related to The Moorish Nation, et al. v. Commonwealth, et al., C.A. No. 21-11620-IT.(PSSA, 4)**

**1:21-cv-11668-DLC Notice has been electronically mailed to:**

**1:21-cv-11668-DLC Notice will not be electronically mailed to:**

Aban El Curragh
Apartment 4A
3318 Perry Ave
Bronx, NY 10467

Conald Soliman Quiesqueyano Bey
Middlesex County House of Correction
269 Treble Cove Road
P.O. Box 565
Billerica, MA 01821

Jamhal Talib Abdullah Bey

Lucha El Por Libertad

Tariff Sharif Bey