UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE MOORISH MILITIA, et al.,   *
            *
   Plaintiffs,     *
            *
   v.         *  Civil Action 21-cv-11620-IT
            *
THE COMMONWEALTH OF   *
MASSACHUSETTS, et al.,    *
            *
   Defendants.    *
            *
************************************
ABAN EL CURRAGH, et al.,   *
            *
   Plaintiffs,     *
            *
   v.         *
            *  Civil Action 21-cv-11668-IT
THE COMMONWEALTH OF   *
MASSACHUSETTS, et al.,    *
            *
   Defendants.    *
            *

ORDER OF DISMISSAL

March 4, 2022

TALWANI, D.J.

Pursuant to the court's Memorandum and Order, [Doc. No. 19], Civil Action 21-cv-11620-IT; [Doc. No. 27], Civil Action 21-cv-11668-IT, dismissing these actions for the reasons stated therein, these cases are hereby CLOSED.

**SO ORDERED.**

/s/ Indira Talwani
United States District Judge